No. 05–5890. HOUSER v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5898. LOGAN v. COLUMBIA ALASKA REGIONAL HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 05–5904. WELCH v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 05–5907. ABDELHAQ v. WEST VIRGINIA. Cir. Ct. Ohio County, W. Va. Certiorari denied.

No. 05–5914. BOLDT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 05–5926. JONES v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 05–5931. MARTIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05–5983. PREVO v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–6002. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–6003. WAGNER v. WAINSTEIN. C. A. D. C. Cir. Certiorari denied.

No. 05–6007. GREENE v. MCDANIEL, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 05–6028. MARTIN v. MACFARLAND, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6031. HIGINIA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.